

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:   Bishara Dental PLLC v. Outfront Media LLC, Outfront Media Group LLC, formerly known as CBS Outdoor LLC, Claudio Iannitelli, Gary Shapley, Allan D. Goldstein, Shawn Morgan, Track Down, Inc.

Appellate case number:   01-19-00723-CV

Trial court case number:   2019-35525

Trial court:   133rd District Court of Harris County

It is ordered that Bishara Dental PLLC's motion for rehearing is **dismissed** as untimely.

Judge's signature: _____/s Russell Lloyd_____
                                         Acting for the Court

Panel consists of: Justices Keyes, Lloyd, and Kelly.

Date: March 24, 2020